## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER 24-mj-00089-JLB-1 |
|---|---|
| vs | **ABSTRACT OF ORDER** |
| Jenna McGrath | Booking No.   12831506 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of _____
the Court entered the following order:

| | |
|---|---|
| __X__ | Defendant be released from custody. |
| _____ | Defendant placed on supervised / unsupervised probation / supervised release. |
| _____ | Defendant continued on supervised / unsupervised probation / supervised release. |
| __X__ | Defendant released on ____O/R____ Bond posted. |
| _____ | Defendant appeared in Court. FINGERPRINT & RELEASE. |
| _____ | Defendant remanded and ( _____ bond ) ( _____ bond on appeal ) exonerated. |
| _____ | Defendant sentenced to TIME SERVED, supervised release for _____ years. |
| _____ | Bench Warrant Recalled. |
| _____ | Defendant forfeited collateral. |
| _____ | Case dismissed. |
| _____ | Case dismissed, charges pending in case no. |
| _____ | Defendant to be release to Pretrial Services for electronic monitoring. |
| _____ | Other. |

JILL L. BURKHARDT
UNITED STATES DISTRICT/MAGISTRATE JUDGE
OR
JOHN MORRILL, Clerk of Court
by   A. Smith   619-557-6425    EF

Crim-9 (Rev. 09/23)

Original

# Read: 24mj89 Abstract for Jenna McGrath

CAS Releases

Thu 1/11/2024 3:37 PM

To:Erica Fry

1 attachments (70 KB)

Read: 24mj89 Abstract for Jenna McGrath;

CAUTION - EXTERNAL:

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.