**TIMOTHY R. GARRISON**
California State Bar No. 228105
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Timothy_Garrison@fd.org

Attorneys for Defendant
MCGRATH

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.:  24MJ0089 |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE AS CO-COUNSEL** |
| JENNA MCGRATH, | |
| Defendant. | |

Pursuant to the CM/ECF procedures in the United States District Court for the Southern District of California, Timothy R. Garrison and Federal Defenders of San Diego, Inc., hereby gives notice that he is co-counsel, in the above-captioned case.

Respectfully submitted,

Dated:  January 12, 2024

*s/ Timothy R. Garrison*
Federal Defenders of San Diego, Inc.
Attorneys for Defendant MCGRATH
Email:  Timothy_Garrison@fd.org

1

**24MJ0089**