**RYAN DELA ROSA**
California State Bar No. 352211
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Ryan_DelaRosa@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 24MJ0089 |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE AS LEAD COUNSEL** |
| JENNA MCGRATH, | |
| Defendant. | |

Pursuant to the CM/ECF procedures in the United States District Court for the Southern District of California, Ryan Dela Rosa, Federal Defenders of San Diego, Inc., hereby gives notice that he is lead counsel in the above-captioned case.

Respectfully submitted,

Dated: January 12, 2024       *s/ Ryan Dela Rosa*
**RYAN DELA ROSA**
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
Email: Ryan_DelaRosa@fd.org