1  TARA K. MCGRATH
2  United States Attorney
   RONALD SOU
3  Assistant U.S. Attorney
   California Bar No. 315669
4  United States Attorney's Office
5  880 Front Street, Room 6293
   San Diego, California 92101-8893
6  Telephone: (619) 546-8491
7  Ronald.Sou@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA
10
11           UNITED STATES DISTRICT COURT
12          SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 24MJ0089-JLB |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF APPEARANCE |
| Jenna McGrath, | |
| Defendant. | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

    I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

    The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as co-counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

<u>Name</u>

**None.**

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

<u>Name</u>

N/A

Please feel free to call me if you have any questions about this notice.

DATED: January 12, 2024.

> Respectfully submitted,
>
> TARA K. MCGRATH
> United States Attorney
>
> *s/ Ronald Sou*
> RONALD SOU
> Assistant U.S. Attorney
> Attorneys for Plaintiff
> United States of America