# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          **Plaintiff,**<br><br>v.<br><br>**JENNA McGRATH,**<br><br>          **Defendant.** | Case No. 24-mj-0089-JLB<br><br>**ORDER OF REMOVAL**<br>**(Defendant Not In Custody)** |

An arrest warrant and indictment having been filed in the Central District of California, charging defendant **Jenna McGrath** with: Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, in violation of 18 U.S.C. § 1752(a)(1); Disorderly or Disruptive Conduct in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(2); Disorderly or Disruptive Conduct in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(D); and Parading, Picketing, or Demonstrating, in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(G).

Defendant Jenna McGrath was arrested on January 11, 2024 in the Southern District of California, pursuant to the arrest warrant. On January 11, 2024, the defendant was released on her own recognizance. On January 24, 2024, the defendant waived an identity hearing pursuant to Rule 5(c) of the Federal Rules of Criminal Procedure. Therefore,

IT IS HEREBY ORDERED the defendant Jenna McGrath report to the District of Columbia, by Zoom, on February 6, 2024 at 12:30 PM. The defendant's initial appearance will be before the Honorable G. Michael Harvey, United States Magistrate Judge, using the Zoom Link below:

**Link:** https://uscourts-dcd.zoomgov.com/j/1600140355?pwd=VTlkQ0ZEVmJOTVN3bmUwS05nZndZQT09
**Meeting ID:** 160 014 0355
**Passcode:**     634244

                                                          **HONORABLE JILL L. BURKHARDT**
                                                          **United States Magistrate Judge**

Dated at San Diego, California, this 25th day of January, 2024.